UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CV F 04-6316 REC WMW HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO FILE OVER-LENGTH MEMORANDUM [Doc. 5] |
| v. | ORDER GRANTING RESPONDENT'S REQUEST TO FILE LATE RESPONSE [Doc. 10] |
| RAYMOND ANDREWS, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. On September 24, 2004, Petitioner filed a motion for leave to file an over-length memorandum of points and authorities in support of his petition. Good cause appearing, Petitioner's motion is HEREBY GRANTED.

On August 1, 2005, Respondent filed a request to file a late response to the petition. Good cause appearing, Respondent's request is HEREBY GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:    August 9, 2005**            /s/  William M. Wunderlich
bl0dc4                                          UNITED STATES MAGISTRATE JUDGE