UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CV F 04-6316 REC WMW HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTIONS FOR A STAY OF THE PROCEEDINGS AND LEAVE TO FILE AN AMENDED TRAVERSE |
| v. | [Doc. 19] |
| RAYMOND ANDREWS, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  On October 11, 2005, Petitioner filed a motion for a stay of the proceedings until he was released from segregation and has access to his legal files and a motion for leave to file an amended traverse by November 1, 2005. Petitioner filed his amended traverse on October 26, 2005.  Good cause appearing, Petitioner's motion is GRANTED  nunc pro tunc.IT IS SO ORDERED.

Mmkd34**Dated:   February 21, 2006            /s/  William M. Wunderlich**
UNITED STATES MAGISTRATE JUDGE