UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CV F 04-6316 REC WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Docs. 11, 22), GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING ACTION AND DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT |
| v. | |
| RAYMOND ANDREWS, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 2, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on March 15, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations

1 to be supported by the record and by proper analysis.  Petitioner's contention that he never had an
2 unobstructed procedural shot at presenting allegedly new exculpatory evidence in his Section 2255
3 motion filed in the Central District of California is without merit.  Although petitioner claims that
4 the district court judge in the Central District did not consider additional evidence set forth in
5 petitioner's motion for summary judgment (filed as document 119 in the Central District action),
6 nothing prevented petitioner from seeking reconsideration of the denial of the Section 2255 motion
7 on this ground or from raising this claim in his appeal from the denial of the Section 2255 motion.
8 Therefore, in addition to the reasons articulated by the Magistrate Judge, the court concludes that
9 petitioner has not made the showing required by Ivy v. Pontesso.  Furthermore, the court concludes
10 from its review of the record that the allegedly exculpatory evidence does not demonstrate
11 petitioner's "actual innocence"

        Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on
 March 2, 2006, are a adopted in full;
2. The petition for writ of habeas corpus is dismissed for lack of subject matter jurisdiction;
3. The Clerk of the Court is directed to enter  judgment for Respondent.

IT IS SO ORDERED.

**Dated:  March 22, 2006**           **/s/ Robert E. Coyle**
668554                               UNITED STATES DISTRICT JUDGE