IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>             Petitioner,<br><br>   vs.<br><br>RAYMOND ANDREWS,<br><br>             Respondent. | No. CV-F-04-6316 REC/WMW HC<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

    The court hereby declines to issue a certificate of appealability as requested by petitioner, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right with respect to the issues listed in petitioner's request.

IT IS SO ORDERED.

**Dated: April 24, 2006**          **/s/ Robert E. Coyle**
668554                                            UNITED STATES DISTRICT JUDGE